*E-Filed 5/5/11*

Eric A. Dupree (Bar # 88260)
DUPREE LAW, aplc
1715 Strand Way, Suite 203
Coronado, CA 92118
Phone: (619) 522-8700
Fax: (619) 522-8787
E-mail: edupree@dupreelaw.com

Attorneys for Petitioner
RICK O. CARTER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **RICK O. CARTER** | No. CV 11-01472 |
| Petitioner, | **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING OF MOTION TO DISMISS** |
| v. | AS MODIFIED BY THE COURT |
| **CALEB BRETT, L.L.C, employer, and LIBERTY MUTUAL INSURANCE CO.,** carrier, | **Judge: Richard Seeborg** |
| Respondents. | Hearing Date: June 1, 2011 |
| | Time: 10:30 a.m. |

The parties present this STIPULATED REQUEST for an Order changing the time set for hearing of Respondents' Motion to Dismiss Petition for Entry of Judgment. The Motion has been set for hearing June 1, 2011. Under Local Rule 7-3(a), Petitioner's reply to the Motion is due May 11, 2011. The parties request that the Court change the hearing date to July 1̶3̶ 14, 2011, with Petitioner's response to the Motion due June 22, 2011, pursuant to Rule 7-3(a). This Stipulated Request is made on the following grounds:

1. Counsel for Respondents anticipates that the Fifth Circuit Court of Appeals will issue an Order that is likely to affect the Petition herein, and Respondents' Motion, on or before June 1, 2011.

2. Due to previous commitments, counsel for Petitioner lacks the resources to respond to the Motion at the time appointed under Local Rule 7-3(a).

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

1  3. Lead counsel for Respondents will be on vacation during the second half of June, 2011, and will be unable to appear for a hearing during that time.

4. A Case Management Conference is set for July ~~13~~ 14th, 2011. Counsel for Petitioner are located in San Diego, California and Washington, DC. Lead counsel for Respondents is located in Dallas, Texas. All counsel will benefit from hearing Respondents' Motion at the same time as the Court conducts the Case Management Conference.

5. There have been no prior time modifications, either by stipulation or by Order.

6. Granting of the parties' request would have no effect on the existing schedule, except that Petitioner's reply to Respondent's Motion would fall due on June 22, 2011, pursuant to Local Rule 7-3(a). The Case Management Conference would proceed on July ~~13~~ 14, 2011, as scheduled, with pertinent deadlines unchanged.

WHEREFORE, the parties request an Order that Respondents' Motion be heard July ~~13~~ 14, 2011, and that Petitioner's Opposition to the Motion shall be filed and served not later than June 22, 2011, consistent with Local Rule 7-3(a). This Stipulation may be signed in counterparts, and a facsimile or electronic scan of a party's signature shall have the same force and effect as the original.

IT IS SO STIPULATED

DATED May 4, 2011                    /S/ _____
                                     Eric A. Dupree
                                     Attorney for Petitioner RICK O. CARTER

DATED _____, 2011          _____
                                     John R. Walker / Robyn A. Leonard
                                     Attorneys for Respondents CALEB BRETT,
                                     LLC and LIBERTY MUTUAL INS. CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____       5/5/11
**Richard Seeborg, District Judge**        Date

**STIPULATED REQUEST FOR ORDER CHANGING TIME**