*E-FILED 6/3/11*

Eric Dupree
Dupree Law, aplc
1715 Strand Way, Suite 203
Coronado, CA 92118
Phone: (619) 522-8700
Fax: (619) 522-8787
E-mail: edupree@dupreelaw.com

Attorney for Petitioner
Rick O. Carter


Robyn A. Leonard (Cal. State Bar No. 219525)
Laughlin, Falbo, Levy & Moresi, LLP
255 California Street, Suite 600
San Francisco, California 94111
Phone: (415) 781-6676
Fax: (415) 781-6823
E-mail: rleonard@lflm.com

John R. Walker (Admitted Pro Hac Vice)
Smith & Carr, P.C.
9235 Katy Freeway, Suite 200
Houston, Texas 77024
Phone: (713) 933-6700
Fax: (713) 933-6799
E-mail: jwalker@smithcarr.com

Attorneys for Respondents
Caleb Brett, LLC, and Liberty Mutual Insurance Co.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICK O. CARTER,<br>     Petitioner<br><br>vs.<br><br>CALEB BRETT, LLC, employer, and<br>LIBERTY MUTUAL INSURANCE CO.,<br>carrier,<br>     Respondents. | No. CV-11-01472<br><br>**STIPULATED REQUEST FOR<br>ORDER CHANGING DATES FOR<br>HEARING ON MOTION TO DISMISS &<br>CASE MANAGEMENT CONFERENCE**<br><br>Judge:         Hon. Richard G. Seeborg<br>Hearing Date: July 14, 2011<br>Time:          10:00 a.m. |

STIPULATED REQUEST FOR ORDER CHANGING DATES OF HEARING AND CASE MGT. CONF.
(CASE NO. CV-11-01472)

Pursuant to Local Rule 7.2, the parties present this STIPULATED REQUEST for an Order changing the time set for (1) hearing Respondent's Motion to Dismiss Petition for Entry of Judgment; and (2) the initial Case Management Conference. Both the hearing on Respondent's Motion and the Case Management are presently set for hearing July 14, 2011 at 10:00 am. The parties respectfully request that the Court change the hearing dates for both to July 21, 2011, with Petitioner's response to the Motion due June 30, 2011 pursuant to Rule 7-3(a) and 7-7(d), and any Reply due by July 7, 2011, pursuant to Rule 7-3(c) and 7-7(d). This Stipulated Request is made on the following grounds:

1. Counsel for Respondents anticipates that the United States Court of Appeals for the Fifth Circuit, in a case involving these same parties, will issue an Order that is likely to affect the Petition herein, and Respondents' Motion, on or before July 1, 2011.
2. The initial Case Management Conference is presently set for July 14, 2011. Counsel for Petitioner are located in San Diego, California and Washington, DC. Lead counsel for Respondents is located in Houston, Texas.
3. Lead counsel for Respondents has a scheduling conflict, and is unable to personally appear for a hearing on July 14, 2011.
4. All counsel will benefit from hearing Respondents' Motion at the same time as the Court conducts the Case Management Conference.
5. There has been one prior time modifications by stipulation and Order, changing the date for hearing on the Motion to Dismiss to coincide with the presently scheduled July 14, 2011 Case Management Conference.
6. Granting of the parties' request would have no effect on the existing schedule, except that Petitioner's Reply to Respondent's Motion would fall on June 30, 2011, pursuant to Local Rule 7-3(a), and Respondent's Reply would fall on July 7, 2011, pursuant to Local Rule 7-3(c).

1 WHEREFORE, the parties request an Order that: (1) Respondents' Motion to Dismiss be
                                                                       at 1:30 p.m.
2 rescheduled to **July 21, 2011**, and that Petitioner's Opposition to the Motion shall be filed and
3 served no later than June 30, 2011, consistent with Local Rule 7-3(a) and 7-7(d), and that any
4 Reply shall be filed and served no later than July 7, 2011, consistent with Local Rule 7-3(c) and 7-
5 7(d); and (2) the initial Case Management Conference be rescheduled to **July 21, 2011 at ~~10:00~~** 1:30 pm
6 **am.** This Stipulation may be signed in counterparts, and a facsimile or electronic scan of a party's
7 signature shall have the same force and effect as the original.
8 IT IS SO STIPULATED

10 DATED June 2, 2011

                                                             Eric A. Dupree
                                                             Attorney for Petitioner
                                                             RICK O. CARTER

15 DATED June 3, 2011

                                                              John R. Walker
                                                              Smith & Carr, P.C.

                                                              Robyn A. Leonard
                                                              Laughlin, Falbo, Levy & Moresi, LLP

                                                              Attorneys for Respondents
                                                              CALEB BRETT, LLC and LIBERTY
                                                              MUTUAL INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED *

_____   6/3/11
Richard G. Seeborg, District Judge      Date

* The briefing schedule is approved as stipulated. The stipulation correctly describes the operation of the *former* local rules that apply here given the original filing date of the motion. The parties are advised, however, that briefing on any future motions is governed by the revised rules effective 6/2/2011

STIPULATED REQUEST FOR ORDER CHANGING DATES OF HEARING AND CASE MGT. CONF.
(CASE NO. CV-11-01472)