Eric A. Dupree (Bar # 88260)
DUPREE LAW, aplc
1715 Strand Way, Suite 203
Coronado, CA 92118
Phone: (619) 522-8700
Fax: (619) 522-8787
E-mail: edupree@dupreelaw.com

Attorneys for Petitioner
RICK O. CARTER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICK O. CARTER, <br><br> Petitioner, <br><br> v. <br><br> CALEB BRETT, L.L.C, employer, and LIBERTY MUTUAL INSURANCE CO., carrier, <br><br> Respondents. | No. 11-01472 <br><br> STIPULATED REQUEST FOR BRIEFING ORDER IN REGARD TO ATTORNEY'S FEES |

The parties request an Order setting a briefing schedule in regard to liability for attorney's fees herein. The parties request said Order to accommodate negotiations aimed at a global settlement of fees claimed by Petitioner's attorneys in multiple forums, including the Fifth Circuit Court of Appeals, the Northern District of California, the Benefits Review Board, and the Office of Workers' Compensation Programs. The requested change will have no effect on other deadlines in this Court.

The parties stipulate to the following schedule for consideration and resolution of liability for attorney's fees herein:

1. Attorneys for Petitioner will submit to Respondent's attorney a detail of time and costs

**STIPULATED REQUEST FOR BRIEFING ORDER IN REGARD TO ATTORNEY FEES**

before all courts no later than December 2, 2011.

2. The parties will have until December 30, 2011 to negotiate terms of settlement.

3. Should the parties resolve their differences, they shall no later than January 6, 2012, file stipulations recording the terms of their agreement as to fees for representation of Petitioner before this Court, with a request for the Court's Order approving the same and directing Respondent to pay the agreed fees.

4. Should the parties be unable to resolve their differences, attorneys for Petitioner will file a fully supported motion for attorney's fees no later than January 13, 2012.

Respectfully submitted,

_____
Eric A. Dupree
Attorney for Petitioner

_____
John R. Walker
Attorney for Respondents

**PURSUANT TO STIPULATION IT IS SO ORDERED**

DATED: 12/19/11

_____
Richard Seeborg, District Judge

**STIPULATED REQUEST FOR BRIEFING ORDER IN REGARD TO ATTORNEY FEES**
2