UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK O. CARTER,<br><br>          Plaintiff,<br><br>     v.<br><br>CALEB BRETT LLC, et al.,<br><br>          Defendants. | Case No. 11-cv-01472-RS<br><br>**ORDER RE POST-REMAND PROCEEDINGS** |

In light of the Ninth Circuit's remand, within 15 days of the date of this order, plaintiff may submit a brief concisely setting out his understanding of what remains to be decided, both with respect to the remand and with respect to the supplemental motion for attorney fees filed after the prior order and before the appeal. Defendant may file a response within fifteen days thereafter. Unless otherwise ordered, the matter will then be submitted without oral argument.

**IT IS SO ORDERED**.

Dated: October 10, 2014

_____
RICHARD SEEBORG
United States District Judge